Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
BOBBI JO FRAZIER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-10-0202 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER CONTINUING |
| ) | SENTENCING HEARING |
| v. ) | |
| ) | |
| BOBBI JO FRAZIER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    This matter is now set for sentencing to occur on November 29, 2010. In order to provide additional time for completion of the presentence report, the parties hereby request that the November 29, 2010 date be vacated, and that judgment and sentencing be held on January 18, 2011, at 10:00 a.m.

    The parties stipulate to the following schedule concerning the presentence report: December 7, 2010 (report released to counsel); December 21, 2010 (informal objections due to probation officer); December 28, 2010 (final report lodged with court); January 11, 2011 (formal objections due).

DATED: November 3, 2010    /s/ Tim Warriner, Attorney for
                                          Defendant BOBBI JO FRAZIER

DATED: November 3, 2010    /s/ Dominique Thomas
                                          Assistant U.S. Attorney

1 | ORDER

2 | GOOD CAUSE APPEARING, it is hereby ordered that the judgment and
3 | sentencing hearing set for November 29, 2010 be vacated, and that judgment and
4 | sentencing be held on January 18, 2011 at 10:00 a.m.. The court adopts the schedule
5 | concerning the presentence report as set forth by the stipulation of the parties.

7 | DATED: November 3, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2