Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
BOBBI JO FRAZIER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S 10-00202 FCD |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) | |
| BOBBI JO FRAZIER, | ) ) | |
| Defendant. | ) ) | |

This matter is now set for sentencing to occur on March 21, 2011. In order to provide additional time for counsel to review the Government's recommendation with Ms. Frazier, and to prepare, if needed, a sentencing memorandum, a continuance to April 11, 2011 is requested.

DATED: March 17, 2011     /s/ Tim Warriner, Attorney for
                          Defendant BOBBI JO FRAZIER

DATED: March 17, 2011     /s/ Matthew Segal
                          Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the judgment and sentencing hearing set for March 21, 2011 be vacated, and that judgment and sentencing be held on April 11, 2011 at 10:00 a.m.

DATED: March 17, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE